UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-202 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Rashard Dujuan Ross (1),<br>Harry Hank Lloyd (2), and<br>Kevin Albert Murphy (3), | |
| Defendants. | |

This matter comes before the Court on Defendant Rashard Dujuan Ross's Motion to Extend the Pre-Trial Motions Schedule, ECF No. 52. Defendant Ross also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, ECF No. 53. Defendant Harry Hank Lloyd also filed a Request for Extension of Scheduling Order, ECF No. 54, and a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, ECF No. 55.

The motions seek a 30-day extension of the motions filing deadline and corresponding hearing date because additional time is needed to review discovery in this case. *See* ECF No. 52 at 1-2; ECF No. 54 at 1. The Government has no objection to the requested continuance and neither does co-counsel for Defendant Kevin Albert Murphy. *Id.*; *see* ECF No. 54 at 1. Thus, the motions filing deadline and corresponding deadlines will be continued for Defendants Ross, Lloyd, and Murphy. Defendant Ross's statement of facts requests the 30 days to be excluded from computation under the Speedy Trial Act.

1

*See* ECF No. 53 at 1. As does Defendant Lloyd's statement of facts. *See* ECF No. 55. The Court will exclude time as to Defendants Ross, Lloyd, and Murphy.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants Ross, Lloyd, and Murphy in a speedy trial and such continuance is necessary to provide Defendants Ross, Lloyd, and Murphy and their counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Ross's Motion to Extend the Pre-Trial Motions Schedule, ECF No. 52, is **GRANTED**.

2. Defendant Lloyd's Request for Extension of Scheduling Order, ECF No. 54, is **GRANTED**.

3. The period of time from **the date of this Order through September 23, 2024,** shall be excluded from Speedy Trial Act computations in this case.

4. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **September 23, 2024**. *See* D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5. **Counsel must electronically file a letter on or before September 23, 2024, if no motions will be filed and there is no need for hearing**.

6. All responses to motions must be filed by **October 7, 2024**. *See* D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses must be filed by **October 7, 2024**. *See* D. Minn. LR. 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses must be filed by **October 10, 2024**. *See* D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **October 15, 2024, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

11. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge David S. Doty to confirm the new trial date.**

Dated: August 20, 2024                    *s/ Tony N. Leung*
                                          Tony N. Leung
                                          United States Magistrate Judge
                                          District of Minnesota

*United States v. Sealed*
Case No. 24-cr-202 (DSD/TNL)

4