UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-cr-202 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Rashard Dujuan Ross (1),<br>Harry Hank Lloyd (2), and<br>Kevin Albert Murphy (3), | |
| Defendants. | |

---

This matter comes before the Court on Defendant Harry Hank Lloyd's Request for Extension of Deadline, ECF No. 58. Defendant Rashard Dujuan Ross also filed a Motion to Extend the Motion Deadline, ECF No. 60, as well as a Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act, ECF No. 61.

The motions seek a one-week extension of the motions filing deadline to give Defendants additional time to decide how to proceed in this matter. *See* ECF No. 58 at 1; ECF No. 60 at 1. The Government has no objection to the requested continuance. *Id.* To ensure efficiency, the motions filing deadline will be continued for Defendants Ross, Lloyd, and Murphy. Defendant Ross's statement of facts requests for the one-week extension be excluded from computation under the Speedy Trial Act. *See* ECF No. 61 at 1. The Court finds good cause to exclude time as to Defendants Ross, Lloyd, and Murphy.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants Ross,

1

Lloyd, and Murphy in a speedy trial and such continuance is necessary to provide Defendants Ross, Lloyd, and Murphy and their counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Lloyd's Request for Extension of Deadline, ECF No. 58, is **GRANTED**.

2. Defendant Ross's Motion to Extend the Motion Deadline, ECF No. 60, is **GRANTED**.

3. The period of time from **the date of this Order through September 30, 2024,** shall be excluded from Speedy Trial Act computations in this case.

4. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **September 30, 2024**. *See* D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5. **Counsel must electronically file a letter on or before September 30, 2024, if no motions will be filed and there is no need for hearing**.

6. All other deadlines in the Court's prior Order, ECF No. 57, shall remain in effect.

Dated: September 27, 2024
                                                  *s/ Tony N. Leung*
                                                  Tony N. Leung
                                                  United States Magistrate Judge
                                                  District of Minnesota

3

*United States v. Sealed*
Case No. 24-cr-202 (DSD/TNL)

3