UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-202 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Rashard Dujan Ross (1),<br>Harry Hank Lloyd (2), and<br>Kevin Albert Murphy (3), | |
| Defendants. | |

This matter comes before the Court on Defendants Rashard Dujan Ross, Harry Hank Lloyd, and Kevin Albert Murphy's Joint Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 83.

Defendants request for the supplemental motions filing deadline and hearing date to be continued for 30 days to give Defendants sufficient time to review the voluminous discovery that was recently produced in this matter. *Id.* at 1. Defendants also need additional time to decide how to proceed in this matter. *Id.* The Government has no objection to the requested extension. *Id.* Defendants also seek an exclusion under the Speedy Trial Act. *Id.* Because this is a joint case and because a joint motion was filed, the pretrial deadlines will be continued for all three Defendants.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants in a speedy trial and such continuance is necessary to provide the parties and their respective counsel

reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Joint Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 83, is **GRANTED**.

2. The period of time from **the date of this Order through December 16, 2024,** shall be excluded from Speedy Trial Act computations in this case.

3. Any new motions in the above-entitled case based on the recently provided discovery must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **December 16, 2024**. D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.

4. **Counsel must electronically file a letter on or before December 16, 2024 if no new motions will be filed.**

5. All responses to any new motions must be filed by **December 30, 2024**. *See* D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses based on any new motion must be filed by **December 30, 2024**. *See* D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses based on any new motion must be filed by **January 3, 2024**. *See* D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. The motions hearing before Magistrate Judge Tony N. Leung is continued to **January 9, 2025, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

10. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge David S. Doty to confirm the new trial date.**

Dated: November 12, 2024

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Sealed*
Case No. 24-cr-202 (DSD/TNL)