```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
             CRIMINAL NO. 24-cr-202(1)(DSD/DJF)
```

UNITED STATES OF AMERICA,

       Plaintiff,

  v.                      **ORDER OF DISMISSAL**

RASHARD DUJUAN ROSS,

       Defendant.

Upon motion of the government, **IT IS HEREBY ORDERED** that Count 2 of the Indictment is dismissed.

Dated: December 18, 2025    s/David S. Doty
                                     David S. Doty, Judge
                                     United States District Court